UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2023 MAY 16 AM 10: 14

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-110 |
| Plaintiff, | JUDGE MORRISON |
| vs. | INDICTMENT |
| ERNEST L. BURLEY, | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Defendant. | FORFEITURE ALLEGATIONS |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Felon in Possession of a Firearm)

1. On or about January 12, 2023, in the Southern District of Ohio, the defendant, **ERNEST L. BURLEY**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms, specifically: (1) a Ruger, Model P85, 9mm pistol (S/N 301-54656), and (2) a Rock Island Armory, Model BBR 3.10, .45 caliber pistol (S/N: RIA2196712), and the firearms were in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATIONS

2. The allegations of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, **ERNEST L. BURLEY**, shall forfeit to the United States any firearms or ammunition involved or used in such offense, including, but not limited to the following: (1) a Ruger, Model P85, 9mm pistol (S/N 301-54656), and (2) a Rock Island Armory, Model BBR 3.10, .45 caliber pistol (S/N: RIA2196712), and any associated ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

s/Foreperson
Foreperson

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**